UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EILEEN CARBONE,<br><br>                    Plaintiff,<br><br>v.<br><br>MR. COOPER,<br><br>                    Defendants. | Case No.:  3:20-cv-02473-DMS-KSC<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

On April 28, 2021, Plaintiff Eileen Carbone and Defendant Nationstar Mortgage LLC d/b/a Mr. Cooper filed a joint stipulation for dismissal with prejudice with the Court. (ECF No. 10.)  The stipulation provides that in consideration of a negotiated settlement agreement, the parties agree to release all claims and counterclaims with each party to bear its own attorney's fees and costs.  (*Id.*)  This stipulation is approved.  Accordingly, the entire action is hereby dismissed with prejudice.

**IT IS SO ORDERED**.

Dated:  May 17, 2020

_____

Hon. Dana M. Sabraw
United States Chief District Judge